UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL BAKER,

    Plaintiff,

v.

PRIES SUPPLY COMPANY, INC. and TOM VANDER PLOEG,

    Defendants.

Hon. Robert J. Jonker

Case No.: 1:19-cv-00036-RJJ-PJG

**STIPULATION AND ORDER OF DISMISSAL**

---

| | |
|---|---|
| Katherine Smith Kennedy<br>Pinsky, Smith, Fayette & Kennedy, LLP<br>Attorneys for Plaintiff<br>146 Monroe Center Street NW, Ste 805<br>Grand Rapids, MI 49503<br>(616) 451-8496<br>kskennedy@psfklaw.com | Kimberly M. Large<br>Mika Meyers, PLC<br>Attorneys for Defendants<br>900 Monroe Avenue, NW<br>Grand Rapids, MI 49503<br>(616) 632-8000<br>klarge@mikameyers.com |

    NOW COME the parties Neil Baker, by and through his attorneys, Pinsky, Smith, Fayette & Kennedy LLP, and Pries Supply Company and Tom Vander Ploeg, by and through their attorneys, Mika Meyers PLC, and hereby stipulate to the following:

    IT IS HEREBY STIPULATED AND AGREED that pursuant to the terms of the Settlement Agreement and Release entered into between the parties, this matter is dismissed with prejudice. This Stipulation and Order disposes of the last pending claim and closes the case.

                                          PINSKY, SMITH, FAYETTE & KENNEDY LLP

Dated: October 16, 2019        By:    /s/ Katherine Smith Kennedy
                                                Katherine Smith Kennedy
                                                Attorneys for Plaintiff

02656698 1


MIKA MEYERS PLC

Dated: October 16, 2019    By: _____/s/ Kimberly M. Large_____
                                                 Kimberly M. Large (P70698)
                                                 Attorneys for Defendants

**ORDER**

At a session of said Court held in the United States District Court for the Western District of Michigan, on the  18th  day of   October   , 2019.

PRESENT: HON. ROBERT J. JONKER
                    United States District Court Judge

IT IS SO ORDERED.

                                                   /s/ Robert J. Jonker
                                                   Hon. Robert J. Jonker
                                                   United States District Court Judge